# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Crude Oil Commodity Futures Litigation* | MASTER FILE<br>No. 11-cv-3600<br><br>ECF Case<br><br>Hon. Katherine B. Forrest |

### DECLARATION OF GREGORY S. ASCIOLLA IN SUPPORT OF CLASS COUNSEL'S PETITION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

I, GREGORY S. ASCIOLLA, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am a partner with the law firm of Labaton Sucharow LLP ("Labaton Sucharow"). The statements herein are true to the best of my personal knowledge, information and belief based on the books and records of and information received from Labaton Sucharow's attorneys and staff.

2. I respectfully submit this declaration in support of Settlement Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses filed concurrently herewith.

3. On May 26, 2011, Plaintiff Stephen E. Ardizzone filed in this Court an initial class action complaint against Defendants. ECF No. 1. The case was assigned to Judge William H. Pauley, III for its relation to the following actions: *Ardizzone v. Parnon Energy Inc.*, et al., 11-cv-3600 (WHP) (S.D.N.Y.); *Todd Kramer v. Parnon Energy Inc., et al.*, 11-ccv-3606 (WHP) (S.D.N.Y.); *AIS Futures Management, LLC, et al. v. Parnon Energy Inc., et al.*, 11-cv-03629 (WHP) (S.D.N.Y.); *Galan v. Parnon Energy Inc., et al.*, 11-cv-03637 (WHP) (S.D.N.Y.); *Cervino Capital Management LLC v. Parnon Energy Inc., et al.*, 11-cv-03769 (WHP)

(S.D.N.Y.); *Adams Affiliates, Inc. v. Parnon Energy Inc., et al.*, 11-cv-03769 (WHP) (S.D.N.Y.); *FTC Capital GmbH v. Parnon Energy et al.*, 11-cv-03895 (WHP) (S.D.N.Y.); *Seidner v. Parnon Energy Inc., et al.*, 11-cv-03910 (WHP) (S.D.N.Y.): *LoSordo, Jr. v. Parnon Energy Inc., et al.*, 11-cv-0393 (WHP) (S.D.N.Y.); *DCM Energy LLC v. Parnon Energy Inc., et al.*, 11-cv-03969 (WHP) (S.D.N.Y.); *Bernstein v. Parnon Energy Inc., et al.*, 11-cv-04110 (WHP) (S.D.N.Y.); *Loza v. Parnon Energy Inc., et al.*, 11-cv-04155 (WHP) (S.D.N.Y.); *Courtiol v. Parnon Energy Inc., et al.*, 11-cv-04279 (WHP) (S.D.N.Y.); and *Haber v. Parnon Energy Inc., et al.*, 11-cv-04309 (WHP) (S.D.N.Y.). See ECF No. 17.

4. By order dated July 22, 2011, the Court consolidated the aforementioned cases. ECF No. 17.

5. On June 3, 2015, Plaintiffs and Defendants executed a settlement agreement establishing an escrow account of $16,500,000. If finally approved, the Settlement Agreement will resolve all claims in this Action that Defendants manipulated prices and caused losses in the trading of New York Mercantile Exchange and Intercontinental Exchange Western Texas Intermediate ("WTI") crude oil futures contracts and monopolized the market for certain WTI crude oil during the Class Period. See ECF No. 66 at ¶¶ 46–108.

6. By order dated June 8, 2015, the Court preliminarily approved the settlement agreement and appointed Burns Charest LLP and Lovell Stewart as Settlement Class Counsel. ECF No. 290.

7. At all times relevant to this dispute, Labaton Sucharow acted at the direction of court-appointed Settlement Class Counsel. Labaton Sucharow participated in extensive document review and on other such matters, including briefing and/or legal research, as directed by Settlement Class Counsel. Labaton Sucharow's involvement in this litigation included but

was not limited to: conducting initial investigation into potential claims; researching, drafting, filing and serving complaint; participating in strategy meetings with co-counsel; retaining and working with expert on preliminary evaluation of claims; conducting legal and factual research and analysis for consolidated amended complaint; drafting consolidated amended complaint; reviewing and analyzing Defendants' documents; and assisting co-lead counsel in drafting and preparing opposition to Defendants' motion to dismiss.

8. Labaton's total compensable time for the period May 25, 2011 to present is 696.9 hours. The lodestar value of such time is $432,520.00.

9. The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney and professional support staff of my firm who was involved in the prosecution of the Action, and the lodestar calculation based on my firm's current billing rates, on a year-to-date basis commencing in May 2011.

10. Labaton has incurred a total of $17,524.23 in expenses for which it is currently requesting reimbursement.

| Expense Categories | Cumulative Expenses |
|---|---|
| Expert Fees | $ 8,000.00 |
| Service Fees | $ 3,255.00 |
| Computer Research | $ 2,715.95 |
| Transportation/Meals/ Lodging | $ 1,235.18 |
| Duplication | $ 868.60 |
| Filing Fees | $ 700.00 |
| Docutrieval | $ 422.75 |
| Federal Express | $ 214.09 |
| Telephone | $ 92.66 |
| Messengers | $ 20.00 |
| TOTAL | $17,524.23 |

11. The above schedule was prepared based upon expense records reflected in the books and records of Labaton Sucharow. These books and records are prepared from expense vouchers, check records, receipts and other source materials.

3

12. Labaton Sucharow believes that the requested expenses were reasonably and appropriately incurred under the circumstances and should be reimbursed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 28, 2015.

GREGORY S. ASCIOLLA

# EXHIBIT A

## IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION

## FIRM NAME: LABATON SUCHAROW LLP

## REPORTING PERIOD: MAY 25, 2011 - JULY 31, 2015

| Attorney | | Rate | Current Hours | Current Lodestar |
|---|---|---|---|---|
| Persky, B. | P | $925.00 | 209.1 | $193,417.50 |
| Salzman, H. | P | $875.00 | 22.4 | $19,600.00 |
| Asciolla, G. | P | $825.00 | 12.7 | $10,477.50 |
| Lerner, K. | P | $750.00 | 47.1 | $35,325.00 |
| Reiss, W. | A | $675.00 | 105.6 | $71,280.00 |
| Hall, E. | A | $600.00 | 18.5 | $11,100.00 |
| Hollywood, M. | A | $490.00 | 19.0 | $9,310.00 |
| Abrahams, V. | SA | $390.00 | 115.9 | $45,201.00 |
| Zhang, K. | LC | $275.00 | 39.9 | $10,972.50 |
| Krasner, S. | PL | $295.00 | 59.7 | $17,611.50 |
| Christensen, A. | PL | $175.00 | 47.0 | $8,225.00 |
| TOTAL | | | 696.9 | **$432,520.00** |

Partner          (P)
Associate        (A)
Staff Attorney   (SA)
Law Clerk        (LC)
Paralegal        (PL)