

Warren T. Burns
wburns@burnscharest.com

October 19, 2015

Hon. Katherine B. Forrest
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   In re: Crude Oil Commodity Futures Litigation, 1:11-cv-03600-KBF.

Dear Judge Forrest:

We write as Class Counsel in the above-referenced matter to supplement and amend the Petition for an Award of Fees and Reimbursement of Expenses.

**Reduction in Expenses Claimed by Lovell Stewart Halebian Jacobson LLP**

Lovell Stewart Halebial Jacobson LLP ("Lovell Stewart") is amending its requested reimbursement of expenses by removing certain transportation and hotel expenses.  The reason for the removal is that certain transportation or hotel expenses were first class.  The removal of these expenses reduces Lovell Stewart's transportation expenses from $22,888.99 to $16,829.59 and reduces Lovell Stewart's hotel expenses from $18,027.70 to $13,426.14.  *Compare* Dkt. No. 306, p. 6.  Accordingly, Lovell Stewart's total original request for reimbursement of expenses in the amount of $1,400,398.37 is reduced to a total amended request for reimbursement of expenses in the amount of $1,389,737.41.  *Id.*

Taking into account the foregoing request, Class Plaintiffs seek reimbursement of $4,848,500.13 in expenses.

**Reduction in Requested Fees and Methodology**

Class Counsel originally requested a fee award of $5,499,450.00, representing 33 1/3 percent (33 1/3 %) of the settlement amount *prior* to reimbursement of expenses.  Through this letter, Class Counsel request that the fee award be calculated based on the amount remaining from the settlement amount *after* deduction of expenses.

Taking into account the reduction in Lovell Stewart's expenses addressed above, Class Counsel request that expenses in the amount of $4,848,500.13 be reimbursed from the settlement amount of $16,500,000, leaving a settlement fund of $11,651,499.87.  Class Counsel further request that fees in the amount of $3,844,994.96 be awarded in this action, representing one third of the remaining settlement fund.

Class Counsel also note there have been no objections to the settlement.

Thank you for your consideration in this matter.

Best regards,

**BURNS CHAREST LLP**

/s/ *Warren T. Burns*
Warren T. Burns, Partner


**LOVELL STEWART HALEBIAN JACOBSON LLP**

/s/ *Christopher Lovell*
Christopher Lovell, Partner